**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000662
23-OCT-2024
09:44 AM
Dkt. 117 OCOR**

CAAP-21-0000662

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

Hawaiʻi WILDLIFE FUND, a non-profit
corporation, and CONSERVATION COUNCIL FOR Hawaiʻi,
a non-profit corporation, Plaintiffs-Appellees,
v.
DEPARTMENT OF PUBLIC WORKS, COUNTY OF MAUI;
JORDAN MOLINA, in his official capacity
as Director of the DEPARTMENT OF PUBLIC WORKS,
COUNTY OF MAUI; RICHARD BISSEN, in his official
capacity as MAYOR OF THE COUNTY OF MAUI; COUNTY OF MAUI,
Defendants-Appellants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CC191000053)

ORDER OF CORRECTION
(By: Leonard, Acting Chief Judge, for the court)[1]

IT IS HEREBY ORDERED that the Summary Disposition Order
of the court filed on October 21, 2024, is corrected by (1)
replacing "ROWENA M. DAGDAG-ANDAYA" with "JORDAN MOLINA", and
replacing the word "her" to "his" in the case caption on page 1
at line 9 from the top so that the line reads: "JORDAN MOLINA, in
his official capacity"; and (2) replacing "MICHAEL P. VICTORINO"
with "RICHARD BISSEN" in the case caption on page 1 at line 11

---

[1]     Leonard, Acting Chief Judge, Wadsworth and Nakasone, JJ.

from the top so that the line reads:  "COUNTY OF MAUI; RICHARD BISSEN, in his official".

The Clerk of the Court is directed to incorporate the foregoing changes in the original summary disposition order.

DATED: Honolulu, Hawaiʻi, October 23, 2024.

FOR THE COURT:

/s/ Katherine G. Leonard
Acting Chief Judge